IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ANTHONY R. ELWOOD                                                           PETITIONER
REG. #14620-045

V.                               2:06CV00224 WRW/JWC

LINDA SANDERS, Warden,                                                      RESPONDENT
FCI, Forrest City, AR

### ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition received from Magistrate Judge Jerry Cavaneau and the objections filed in response, and has further reviewed the relevant record de novo. The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, Petitioner's motion for an *ex parte* temporary restraining order (docket entry #3) is hereby denied.

IT IS SO ORDERED this 13th day of December, 2006.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE