# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

**ANTHONY R. ELWOOD**                                                                                     **PETITIONER**
Reg. #14620-045

v.                         2:06CV00224 WRW/BD

**LINDA SANDERS, Warden**
**FCC, Forrest City, Arkansas**                                                                          **RESPONDENT**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed any objections. After careful review of the Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, the Petition for Writ of Habeas Corpus (# 1) is DENIED, and DISMISSED with prejudice. The Petitioner's Motion to Dismiss (#10) is GRANTED, the Motion to Compel (#14) is DENIED as moot, the Motion for Summary Judgment (#18) is DENIED, and the Motion for Expedited Disposition (#21) is DENIED as moot.

IT IS SO ORDERED this 31st day of May, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE