# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**ANTHONY R. ELWOOD**                                         **PETITIONER**
**Reg. #14620-045**

**v.**                  **2:06CV00224 WRW/BD**

**LINDA SANDERS, Warden**
**FCC, Forrest City, Arkansas**                               **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this 28 U.S.C. § 2241 petition for writ of habeas corpus with prejudice.

IT IS SO ORDERED this 31st day of May, 2007.


                                                   /s/Wm. R. Wilson, Jr.
                                       UNITED STATES DISTRICT JUDGE